FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 15 2015

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 15-217 RSL |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| JAMELL WEBB, | ) | |
| Defendant. | ) | |

Offense charged: Felon in Possession of a Firearm (Armed Career Criminal)

Date of Detention Hearing:   July 15, 2015.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is currently serving concurrent sentences in two cases in this court: CR 10-241 RSL and CR12-307. The latter results from a revocation of supervised release. The issue of release or detention in this case therefore appears to be moot.

(2) Defendant has stipulated to the entry of an order of detention in this case.

(3) Defendant has a lengthy criminal record, both as a juvenile and as an adult. His adult record includes convictions for offenses involving controlled substances, an assault on a law enforcement officer, escape, and many other offenses.

(4) He has alleged gang ties.

(5) He is associated with various aliases and dates of birth, and has many failures to appear on prior charges.

(6) He declined to be interviewed by this court's Pretrial Services Officer.

(7) His history strongly suggests he has substance abuse issues.

DETENTION ORDER
PAGE -2

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of July, 2015.

John L. Weinberg
United States Magistrate Judge