Judge Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMELL T. WEBB,<br><br>Defendant. | NO. CR15-217RSL<br><br>[PROPOSED]<br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. One (1) European American Amory (EAA) revolver, model EA/R "Windicator" caliber .357 Magnum/.38 Special, bearing serial number 1054411.

The Court, based on the record, FINDS:

- In the Plea Agreement entered on May 20, 2016, Defendant JAMELL T. WEBB ("the Defendant") agreed to forfeit his interest in the above-listed property pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, Unites States Code, Section 2461(c). Dkt. No. 51;

- On September 9, 2016, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) and forfeiting the Defendant's right, title, and interest in it. Dkt. No. 68;
- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), see Dkt. No. 73, and provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A); and,
- The time for filing third-party petitions has expired, and none were filed.

THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The Department of Justice, and/or its representatives, are authorized to dispose of the above-listed property as permitted by governing law.

IT IS SO ORDERED.

DATED this 17th day of January, 2018.

ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

*s/Matthew H. Thomas*
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
Matthew.H.Thomas@usdoj.gov